CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Laurel Corporate Center, Suite 300
8000 Midlantic Drive - C.S. 5016
Mount Laurel, N.J. 08054
(856) 234-6800
Attorneys for Plaintiff
By: John K. Fiorilla, Esq.

DOCKET# ____
U.S. DISTRICT COURT
DIST. OF WISCONSIN

JUN - 9 2008

____ ENS, CLERK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN CENTRAL LTD., a Wisconsin Corporation, | |
| Plaintiff, | CASE NO. 08-C-~~0133~~ 0167 |
| vs. | CIVIL ACTION |
| BLOMBERG LOGGING, INC. a Wisconsin Corporation, | **CONSENT ORDER** |
| Defendant. | |

Whereas, the Plaintiff, WISCONSIN CENTRAL LTD., (hereinafter WC) and Defendant, Blomberg Logging, Inc., have fully resolved the issues in this matter, NOW, THEREFORE, IT IS HEREBY stipulated by and between the Plaintiff and Defendant through their designated counsel, that:

The COMPLAINT AND COUNTERCLAIM BE DISMISSED WITH PREJUDICE.

998150

1

By: _____  By: _____
John K. Fiorilla                John Duncan Varda  WIBar 1014100
Capehart & Scatchard, PA        DeWitt, Ross & Stevens
Laurel Corporate Center         Two East Mifflin Street
Suite 300 S                     Suite 600
Mt. Laurel, NJ 08054            Madison, WI 53703
Attorneys for Plaintiff         Attorneys for Defendant

DATED: May 29, 2008

So ordered

_Barbara B. Crabb_
6/6/08

998150

2